United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEACE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY HARRY WU, et al.,<br><br>    Defendants. | Case No. 21-cv-01227-SI (pr)<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 15 |

Defendants have filed a second request for an extension of time to file their dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Margaret S. Schroeder, the request is GRANTED. Docket No. 15. The court now sets the following briefing schedule: Defendants must file and serve a dispositive motion no later than **January 31, 2022**. If defendants are of the opinion that the case cannot be resolved by dispositive motion, they must file and serve such a notice by the deadline. Plaintiff must file and serve his opposition to the dispositive motion no later than **February 28, 2022**. Defendants must file and serve their reply brief no later than **March 14, 2022**.

**IT IS SO ORDERED**.

Dated: October 20, 2021

_____
SUSAN ILLSTON
United States District Judge